**STATE of Missouri, Respondent,**

v.

**Christopher W. WILLIAMS, Appellant.**

**No. WD 71342.**

Missouri Court of Appeals,
Western District.

July 20, 2010.

Christopher W. Williams, Farmington, MO, Appellant, pro se.

Jeff Mittelhauser, Pettis County Prosecuting Attorney, Sedalia, MO, for Respondent.

Before Division I: KAREN KING MITCHELL, Presiding Judge, LISA WHITE HARDWICK, Chief Judge, and CYNTHIA L. MARTIN, Judge.

### Order

PER CURIAM:

On May 30, 2000, Appellant Christopher Wayne Williams pled guilty to two counts of sexual misconduct involving a child, section 566.083, RSMo 2000. The Circuit Court of Pettis County, the Honorable Donald L. Barnes presiding, accepted Williams's plea and sentenced him, pursuant to a plea bargain with the State, to five years' imprisonment for each count. On June 8, 2009, Williams filed a motion to withdraw his guilty plea pursuant to Rule 29.07(d). On June 30, 2009, the circuit court, the Honorable Robert L. Koffman presiding, denied the motion. We affirm. Rule 84.16(b)(1).